JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

BLANCA SOTO DE GUTIERREZ,      )      Case No. EDCV 17-01240-JDE
                               )
                 Plaintiff,    )
                               )
       vs.                     )      JUDGMENT
                               )
NANCY A. BERRYHILL, Acting     )
Commissioner of Social Security, )
                               )
                 Defendant.    )
_____)

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed and this matter is remanded for further administrative

proceedings consistent with the Court's Order.

DATED: February 20, 2018

_____
JOHN D. EARLY
United States Magistrate Judge